

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CENTER FOR ADOLESCENT AND FAMILY CARE, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:98-CV-0925-P |
| UNITED STATES OF AMERICA, DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE, | § § § § | |
| Defendant. | § § | |

## ORDER

This matter is before the Court on Defendant's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction. Oral argument was had by the parties. For the reasons stated in open court on December 15, 1998, the Court hereby **GRANTS** Defendant's motion, and **DISMISSES** this action pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction.

**SO ORDERED** this _15th_ day of December, 1998.

_____
United States District Judge